## Case No. 10,868.

### PEABODY v. GILBERT.

### [5 Blatchf. 334, note.] [1]

### Circuit Court, S. D. New York. July 14, 1866.

#### DEFINITION OF "BROKER"—BROKER'S TAX.

[This was an action by Augustus L. Peabody and others against Sylvester C. Gilbert and Sheridan Shook.]

NELSON, Circuit Justice. The opinion in the case of Clark v. Gilbert [Case No. 2,822] disposes of this case. The plaintiffs are bankers, and do business as such, by receiving stocks, bonds, &c., for sale, and by lending and advancing money on stocks, bonds, &c., and in default of repayment, sell the same, and, also, purchase and sell stocks, bonds, &c., on their own account, and not on commission, or for others. They also purchase and sell stocks, bonds, &c., for others, under certain stipulations as to risk, losses, and profits, which is the business of a broker, and the sales are subject to the broker's tax.

[In 5 Blatchf. 334, this case is published as a note to Clark v. Gilbert, Case No. 2,822.]